| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | FEB 17 2026 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

BERKELEY HOMELESS UNION and FRANK MOORE,

        Plaintiffs - Appellees,

and

NICHOLAS JOHNSON and ADRIEN BOUCHARD,

        Plaintiffs,

 v.

CITY OF BERKELEY; et al.,

        Defendants - Appellants.

No. 26-842

D.C. No. 3:25-cv-01414-EMC
Northern District of California, San Francisco

ORDER

    In addition to all other issues the parties wish to raise in their briefs, the parties must address whether this court has jurisdiction over this appeal. *See* 28 U.S.C. § 1292(a)(1); *Pub. Serv. Co. of Colo. v. Batt*, 67 F.3d 234, 236-37 (9th Cir. 1995) (a district court order is not an order continuing or modifying an injunction under § 1292(a)(1) unless the injunction would otherwise have dissolved by its own terms or the order substantially alters the legal relations between the parties).

The existing briefing schedule remains in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT
